DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL NEWKIRK CORCORAN,**
Appellant,

v.

**JESSICA GRATTAN,**
Appellee.

No. 4D18-2176

[November 7, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. 13-9766 FMCE (36).

Michael Newkirk Corcoran, Oakland Park, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

MAY, CIKLIN and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***